■ In the Matter of ROBERT FLORSHEIM, a Disbarred Attorney. [659 NYS2d 727] —Motion granted and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective June 10, 1997, and petitioner directed to submit a report to the Departmental Disciplinary Committee, as

indicated. No opinion. Concur—Murphy, P. J., Sullivan, Milonas, Williams and Mazzarelli, JJ.